UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RON LEE,

                Plaintiff,

    -against-

LOCAL 32BJ SEIU, *et al.*,

                Defendants.
------------------------------------------------------------x

09 Civ. 8467 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/10

SIDNEY H. STEIN, U.S. District Judge.

    On October 6, 2009, *pro se* plaintiff Ron Lee filed a complaint against Local 32BJ SEIU ("Local 32BJ") and Allied International Union ("AIU"), alleging violations of Title I of the Labor Management Reporting and Disclosure Act (29 U.S.C. §§ 411-15 ("LMRDA")). Pending before the Court now are motions by defendants to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). On May 10, 2010, Magistrate Judge Ronald L. Ellis issued a report recommending dismissal of all claims.

    No party has submitted objections to that Report and Recommendation. Therefore, the Court has a duty to review that Report and Recommendation for clear error. See Advance Coating Technology, Inc. v. LEP Chemical, Ltd., 142 F.R.D. 91, 93 (S.D.N.Y. 1992). After doing so, this Court adopts the Magistrate's Report and Recommendation in its entirety.

    Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ellis' Report and Recommendation is adopted and defendants' motions to dismiss the complaint are granted.

Dated: New York, New York
       June 21, 2010

SO ORDERED:

[signature]

Sidney H. Stein, U.S.D.J.

1